UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

    - against -

BANK OF AMERICA CORPORATION,

    Defendant.

------------------------------------------------------------------- X

Case 09-CV-6829 (JSR)

## STATEMENT PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 7.1

    Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Bank of America Corporation discloses that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       August 4, 2009

                                            CLEARY GOTTLIEB STEEN & HAMILTON LLP

                                            By: _____
                                                 Lewis J. Liman
                                                 A Member of the Firm

                                                 One Liberty Plaza
                                                 New York, New York 10006
                                                 (212) 225-2000

                                                 *Attorneys for the Defendant*