**EXHIBITS**

| | |
|---|---|
| A. | Biography and Publications list of Joseph A. Grundfest |
| B. | Simon Bowers, "Wall Street banks in $70bn staff payout: Pay and bonus deals equivalent to 10% of US government bail-out package," *The Guardian*, Oct. 18, 2008 |
| C. | Transcript of "The Situation Room," CNN Television, Oct. 23, 2008 |
| D. | Christine Harper & Serena Saitto, "Firms still setting aside billions for bonuses," *N.Y. Times*, Oct. 27, 2008 |
| E. | Christine Harper & Serena Saitto, "Broken Securities Industry Still Has $20 Billion to Pay Bonuses," *Bloomberg*, Oct. 27, 2008 |
| F. | Transcript of "The Today Show," NBC Television Broadcast, Oct. 28, 2008 |
| G. | Christine Harper, "Wall Street Won't Surrender on Bonuses, Veterans Say", *Bloomberg*, Oct. 30, 2008 |
| H. | "Bankers Reluctant to Surrender Bonuses," *Financial Times*, Oct. 31, 2008 |
| I. | Transcript of Fox Special Report with Brit Hume, Fox News Television Broadcast, Nov. 13, 2008 |
| J. | Bradley Keoun & Jacqueline Simmons, "Merrill Said to Cut Bonuses by 50% as Revenue Slumps," *Bloomberg*, Dec. 3, 2008 |
| K. | Michael Kitchen, "Merrill Lynch reportedly to slash bonuses in half," *Marketwatch.com*, Dec. 3, 2008 |
| L. | "Merrill Lynch: Thain Decides It's Best Not to Go it Alone; BAC to Acquire MER for $29/Share," Bernstein Research, Sept. 15, 2008 |
| M. | "Merrill Lynch: The Thundering Herd Waits for Its Shareholder Vote," Bernstein Research, Oct. 17, 2008 |
| N. | "MER: Quarterly Loss But BAC Merger On Track—Lowering Estimates," Wachovia Capital Markets, LLC, Oct. 17, 2008 |
| O. | "3Q08: Reducing Risky Asset Exposure Ahead of BAC Merger," The Buckingham Research Group, Oct. 17, 2008 |
| P. | "3Q EPS Roughly In Line, But Sept Volatility Takes a Toll," Morgan Stanley Research North America, Oct. 16, 2008 |
| Q. | "F3Q08: $9.5B in Write-downs, MER Continues to Reduce Exposures," JP Morgan |

2

|    | North America Equity Research, Oct. 16, 2008 |
|----|----------------------------------------------|
| R. | "MER 3Q08 10-Q Review," Oppenheimer Equity Research, Nov. 5, 2008 |