```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                   :
Securities and Exchange Commission,                                :
                                                                   :   No. 09 Civ. 6829 (JSR)
                    Plaintiff,                                     :
                                                                   :
        v.                                                         :
                                                                   :
Bank of America Corporation,                                       :
                                                                   :
                    Defendant.                                     :
                                                                   :
                                                                   :
------------------------------------------------------------------ X
```

## DECLARATION OF MELISSA K. MARLER

Pursuant to 28 U.S.C. § 1746, Melissa K. Marler declares as follows:

1. I am associated with the law firm of Cleary Gottlieb Steen & Hamilton LLP, counsel to Defendant Bank of America Corporation, and am a member of the Bar of this Court.

2. I submit this declaration in support of Defendant's Memorandum of Law dated August 24, 2009.

3. Annexed hereto as Exhibits 1-20 are true and correct copies of the following documents:

| Exhibit | Document |
|---|---|
| 1 | Jenny Anderson & Landon Thomas Jr., *The Number Wall St Crunches the Most*, N.Y. TIMES, Nov. 29, 2004 |
| 2 | Christine Harper, *Goldman, Lehman, Morgan Lift Bonuses, Bear Cuts Them*, BLOOMBERG, Dec. 20, 2007 |

| Exhibit | Document |
|---|---|
| 3 | Merrill Lynch & Co., Inc., Definitive Proxy Statement (Schedule 14A) (Mar. 14, 2008) |
| 4 | Merrill Lynch & Co., Inc., Quarterly Report (Form 10-Q) (Mar. 28, 2008, dated as of May 6, 2008) |
| 5 | James Mackintosh & Chris Hughes, *Hedge Funds Hit Troubled Banks With A Hiring Binge*, FINANCIAL TIMES, July 7, 2008 |
| 6 | Merrill Lynch & Co., Inc., Quarterly Report (Form 10-Q) (June 27, 2008, dated as of Aug. 5, 2008) |
| 7 | Merrill Lynch & Co., Inc., Current Report (Form 8-K) (Sept. 15, 2008, dated as of Sept. 18, 2008) |
| 8 | Deborah Solomon, et al., *U.S. to Buy Stakes in Nation's Largest Banks*, THE WALL ST. JOURNAL, Oct. 14, 2008 |
| 9 | Merrill Lynch & Co., Inc., Current Report (Form 8-K) (Oct. 16, 2008) |
| 10 | Final Transcript, MER-Q3 2008 Merrill Lynch Earnings Conference Call dated October 16, 2008 |
| 11 | Bank of America Corp., Joint Definitive Proxy Statement (Schedule 14A) (Nov. 3, 2008) and Merrill Lynch & Co., Inc., Joint Definitive Proxy Statement (Schedule 14A) (Nov. 3, 2008) (Joint Definitive Proxy Statement filed by both companies) |
| 12 | Merrill Lynch & Co., Inc., Quarterly Report (Form 10-Q) (Sept. 26, 2008, dated as of Nov. 5, 2008) |
| 13 | Bank of America Corp., Current Report (Form 8-K) (Dec. 5, 2008) |
| 14 | Merrill Lynch & Co., Inc. Current Report (Form 8-K) (Dec. 5, 2008) |
| 15 | Bank of America Corp., Current Report (Form 8-K) (Jan. 2, 2009) |

| | |
|---|---|
| 16 | Merrill Lynch & Co., Inc., Annual Report (Form 10-K) (Dec. 26, 2008, dated as of Feb. 24, 2009) |
| 17 | Heidi N. Moore, *Deutsche Bank's Hiring Spree*, THE WALL ST. JOURNAL, Mar. 4, 2009 |
| 18 | Chris Blackhurst, *Eat What You Kill: Why Bonuses Never Went Away*, EVENING STANDARD, June 26, 2009 |
| 19 | Bank of America Corp., Quarterly Report Form 10-Q (June 30, 2009, dated as of Aug. 7, 2009) |
| 20 | Transcript of Hearing before The Honorable Jed S. Rakoff, dated August 10, 2009 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed: August 23, 2009
New York, New York

_____
Melissa K. Marler