```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
SECURITIES AND EXCHANGE COMMISSION,   :
                                      :
            Plaintiff,                :      09 Civ. 6829 (JSR)
                                      :
       -v-                            :          ORDER
                                      :
BANK OF AMERICA CORPORATION           :
                                      :
            Defendant.                :
------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

For the reasons stated from the bench today, see tr. 1/11/10, the Court hereby denies the Securities and Exchange Commission's request for leave to file a second amended complaint, without prejudice to the SEC's bringing the new causes of action as a separate lawsuit.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       January 11, 2010



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-12-10