Securities and Exchange Commission v. Bank of America Corporation
No. 09 Civ. 6829 and No. 10 Civ. 0215
Joint Supplemental Appendix

| TAB | DOCUMENT |
|---|---|
| **Section I** | |
| 1. | Transcript of deposition of Gregory Curl (Dec. 11, 2009) ("Curl Tr.") at 223-229, 231-238, 294-297 |
| 2. | Transcript of deposition of Charles K. Gifford (Dec. 18, 2009) ("Gifford Tr.") at 73 |
| 3. | Transcript of deposition of Kenneth D. Lewis (Oct. 30, 2009) ("Lewis Tr.") at 258-266, 286-290 |
| 4. | Transcript of deposition of Thomas J. May (Dec. 18, 2009) ("May Tr.") at 139-140 |
| 5. | Transcript of deposition of Timothy J. Mayopoulos (Dec. 1, 2009) ("Mayopoulos Tr.") at 149-153, 157-158, 160-162, 164, 166-174, 184-188, 198-206, 210-220 |
| 6. | Transcript of deposition of Joe L. Price (Dec. 18, 2009) ("Price Tr.") at 118-119, 122-126, 135, 157-161, 172-180, 185-186, 219-221 |
| 7. | E-mail from Sullivan to Gifford re: news on Flagscape (Oct. 2, 2009), at DIR-BAC-NYAG00003327-3328 |
| 8. | P-Exh. 161 (notes of Eric Roth (Nov. 13, 2008), at HOGR-WLRK-502-00000919, 924) |
| 9. | Notes of Eric Roth (Nov. 13, 2008), at HOGR-WLRK-502-00000925 |
| 10. | P-Exh. 163 (notes of Timothy Mayopoulos (Nov. 18-20, 2008), at BAC-ML-NYAG-502-00001097-1103) |
| 11. | P-Exh. 164 (notes of Timothy Mayopoulos (Dec. 1, 2008), at BAC-ML-NYAG-502-00001107) |
| 12. | P-Exh. 33 (Appointment calendar of Kenneth D. Lewis (Sept. 1, 2008 to Feb. 15, 2009), at BAC-ML-NYAG00003724) |
| 13. | P-Exh. 47 (Merrill Lynch & Co., 2008 4Q Pacing & FY Forecast Scenario (Dec. 3, 2008), at BAC-ML-NYAG 10016111-10016116) |
| 14. | Annotated Merrill Lynch & Co., 2008 4Q Pacing & FY Forecast Scenario (Revised 6PM) (Dec. 3, 2008), at BAC-ML-NYAG-502-00001108 -1113 |
| 15. | P-Exh. 58 (e-mail from May to Lewis (Dec. 9, 2008), at BAC-ML-NYAG-10053993 |

| | |
|---|---|
| **16.** | E-mail from Gifford to Lewis re: Confidential (Dec. 9, 2008), at BAC-ML-NYAG10054233 |
| **17.** | P-Exh. 57 (e-mail from Gifford to Barnett, (Dec. 10, 2008) at BAC-ML-NYAG-00288299-288300) |
| **18.** | Bank of America Corp. Press Release, Bank of America Planning to Reduce Work Force, Brian Moynihan leaving the company (Draft 2) (for release on Dec. 12, 2008), at BAC-ML-NYAG 10120405-10120407) |
| **19.** | E-mail from May to Gifford re: Just (Dec. 11, 2008), at DIR-BAC-NYAG 3493 |
| **20.** | P-Exh. 156 (Statement of Timothy J. Mayopoulos before the U.S. House of Representatives Committee on Oversight and Government Reform and Subcommittee on Domestic Policy (Nov. 17, 2009), at 1-16) |
| **21.** | Transcript of Hearing of House of Representatives Committee on Oversight and Government Reform (Nov. 17, 2009) ("Nov. 17 Congr. Tr.") at 16-20; 26-27; 42-43; 50-54; 74-77 |
| **Section II** | |
| **22.** | Transcript of deposition of Teresa Brenner (Dec. 4, 2009) ("Brenner Tr.") at 284-286 |
| **23.** | Curl Tr. 205-206 |
| **24.** | Transcript of deposition of Nicholas Demmo (Nov. 16, 2009) ("Demmo Tr.") 185-188, 212-214 |
| **25.** | Transcript of deposition of Edward D. Herlihy (Nov. 17, 2009) ("Herlihy Tr.") 150-157 |
| **26.** | Lewis Tr. 262-266 |
| **27.** | Mayopoulos Tr. 149-153, 157-197, 210-211 |
| **28.** | Price Tr. 118-119, 122-135, 152-153, 175-180, 185-186 |
| **29.** | Transcript of deposition of John A.Thain (Nov. 4, 2009) ("Thain Tr.") 230-232 |
| **30.** | Transcript of Bank of America Corp. Earnings Conference Call (Oct. 6, 2008), at BAC-ML-NYAG-HC-502-0000342-0000363 |
| **31.** | Merrill Lynch & Co., Inc. Third Quarter Report 2008 (Form 10-Q) (Nov. 5, 2008), at BAC-ML-NYAG-HC-502-0000001-187 |
| **32.** | P-Exh. 160 (Merrill Lynch & Co. 2008 4Q & FY Forecast (Nov. 12, 2008), at BAC-ML-NYAG-502-00001092-1096) |

| | |
|---|---|
| **33.** | P-Exh. 161 (notes of Eric Roth (Nov. 13, 2008), at HOGR-WLRK-502-00000919, 924) |
| **34.** | Notes of Eric Roth (Nov. 13, 2008) at HOGR-WLRK-502-00000925 |
| **35.** | P-Exh. 119 (e-mail from Goldin to Roth Re; Duty to update (Nov. 13, 2008), at BAC-502-WLRK 00006872) |
| **36.** | P-Exh. 118 (e-mail from Roth to Herlihy (Nov. 13, 2008), at BAC-502-WLRK 00006873-6881) |
| **37.** | E-mail from Mayopoulos to Price e: MER (Nov. 13, 2008), at BAC-ML-NYAG-502-00000857 |
| **38.** | P-Exh. 163 (notes of Timothy Mayopoulos (Nov. 18-20, 2008), at BAC-ML-NYAG-502-00001097-1103) |
| **39.** | P-Exh. 123 (e-mail from Belk to Demmo and Mayopoulos FW: Re: Peer EPS Estimates – Revised (Nov. 18, 2008), at BAC-ML-NYAG-502-00000872-895) |
| **40.** | P-Exh. 162 (e-mail from Belk to Curl, Price and Mayopoulos FW: Re: Analysis (Nov. 19, 2008), at BAC-ML-NYAG-502-00000896-897) |
| **41.** | Notes of Timothy Mayopoulos (Nov. 20, 2008), at BAC-ML-NYAG-502-00001104-1106 |
| **42.** | Annotated Merrill Lynch & Co., 2008 4Q Pacing & FY Forecast Scenario (Revised 6PM) (Dec. 3, 2008), at BAC-ML-NYAG-502-00001108-1113 |
| **43.** | P-Exh. 156 (Statement of Timothy J. Mayopoulos before the U.S. House of Representatives Committee on Oversight and Government Reform and Subcommittee on Domestic Policy (Nov. 17, 2009), at 1-16) |
| **44.** | Nov. 17 Congr. Tr. at 18-20 |
| **Section III** | |
| **45.** | Transcript of deposition of Rosemary Berkery (Dec. 9, 2009) ("Berkery Tr.") at 142-150 |
| **46.** | Brenner Tr. 284-286 |
| **47.** | Cotty Tr. 126-134, 152-158, 163-164 |
| **48.** | Curl Tr. 223-229, 231-238 |
| **49.** | Demmo Tr. 185-188, 212-214 |
| **50.** | Transcript of deposition of Christopher B. Hayward (Dec. 22, 2009) ("Hayward |

|     | |
| --- | --- |
|     | Tr.") 130-136 |
| 51. | Herlihy Tr. 150-157 |
| 52. | Lewis Tr. 259-266 |
| 53. | Mayopoulos Tr. 149-206, 210-211, 213-216 |
| 54. | Price Tr. 118-135, 152-153, 157-159, 172-186 |
| 55. | Thain Tr. 202-233 |
| 56. | P-Exh. 160 (Merrill Lynch & Co. 2008 4Q & FY Forecast (Nov. 12, 2008), at BAC-ML-NYAG-502-00001092-1096) |
| 57. | P-Exh. 271 (E-mail from Meloth to Cotty Re: 4Q forecast (Nov. 21, 2008), at BAC-ML-NYAG00005736-5741) |
| 58. | E-mail from Mayopoulos to Price Re: MER (Nov. 13, 2008), at BAC-ML-NYAG-502-00000857 |
| 59. | P-Exh. 118 (e-mail from Roth to Herlihy (Nov. 13, 2008), at BAC-502-WLRK 00006873-6881) |
| 60. | P-Exh. 161 (notes of Eric Roth (Nov. 13, 2008), at HOGR-WLRK-502-00000919, 924) |
| 61. | Notes of Eric Roth (Nov. 13, 2008) at HOGR-WLRK-502-00000925 |
| 62. | E-mail from Demmo to Brenner Re: Will you start drafting the disclosure we discussed yesterday? Thanks (Nov. 14, 2008), at BAC-ML-NYAG-502-00064655 |
| 63. | P-Exh. 163 (notes of Timothy Mayopoulos (Nov. 18-20, 2008), at BAC-ML-NYAG-502-00001097-1103) |
| 64. | Appt – November 18 2008 – Call with Curl and Herlihy (BAC-ML-NYAG-502-00064671) |
| 65. | P-Exh. 123 (e-mail from Belk to Demmo and Mayopoulos FW: Re: Peer EPS Estimates-Revised (Nov. 18, 2008), at BAC-ML-NYAG-502-00000872-895) |
| 66. | P-Exh. 162 (e-mail from Belk to Curl, Price and Mayopoulos FW: Re: Analysis (Nov. 19, 2008), at BAC-ML-NYAG-502-00000896-897) |
| 67. | E-mail from Lynch to Brenner Re: urgent/time sensitive (No. 20, 2008), at BAC-ML-NYAG-502-00064612 |
| 68. | Joe Price Meeting with Greg Curl, Craig Rosato, Tim Mayopoulos, Ed Herlihy and Nicholas Demmo (Nov. 20, 2008), at BAC-ML-NYAG-502-00064674 |

| | |
|---|---|
| **69.** | E-mail from Brenner to Halsey (Nov. 20, 2008), at BAC-ML-NYAG-502-00064706 |
| **70.** | Notes of Timothy Mayopoulos (Nov. 20, 2008), at BAC-ML-NYAG-502-00001104-1106 |
| **71.** | E-mail from Brenner to Oberheu re: Merrill Lynch Assignment & 8k that was filed Friday, November 21 (Nov. 24, 2008), at BAC-ML-NYAG-502-00064616 |
| **72.** | P-Exh. 164 (notes of Timothy Mayopoulos (Dec. 1, 2008), at BAC-ML-NYAG-502-00001107) |
| **73.** | P-Exh. 33 (Appointment calendar of Ken Lewis (Sept. 1, 2008 to Feb. 15, 2009), at BAC-ML-NYAG00003724) |
| **74.** | P-Exh. 47 (Merrill Lynch & Co., 2008 4Q Pacing & FY Forecast Scenario (Dec. 3, 2008), at BAC-ML-NYAG 10016111-10016116) |
| **75.** | P-Exh. 53 (Merrill Lynch & Co., 2008 4Q Pacing & FY Forecast Scenario (Revised 6PM) (Dec. 3, 2008), at BAC-ML-NYAG 00006332-6337) |
| **76.** | Annotated Merrill Lynch & Co., 2008 4Q Pacing & FY Forecast Scenario (Revised 6PM) (Dec. 3, 2008), at BAC-ML-NYAG-502-00001108-1113 |
| **77.** | P-Exh. 156 (Statement of Timothy J. Mayopoulos before the U.S. House of Representatives Committee on Oversight and Government Reform and Subcommittee on Domestic Policy (No. 17, 2009), at 1-16) |
| **Section IV** | |
| **78.** | Transcript of deposition of Jeffrey Crandall (Nov. 30, 2009) ("Crandall Tr.") at 156-193 |
| **79.** | Demmo Tr. at 117-120, 123-124, 229 |
| **80.** | Transcript of deposition of Patricia Kuhn (Dec. 21, 2009) ("Kuhn Tr.") at 52-75 |
| **81.** | Transcript of deposition of John Marzulli (Nov. 24, 2009) ("Marzulli Tr.") at 51-65 |
| **82.** | Transcript of deposition of Jeannemarie O'Brien (Nov. 20, 2009) ("O'Brien Tr.") at 15-17, 172-176 |