UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : <br> : <br> Plaintiff, : <br> : <br> -against- : <br> : <br> BANK OF AMERICA CORPORATION, : <br> : <br> Defendant. : <br> : | 09 Civ. 6829 (JSR) <br> 10 Civ. 0215 (JSR) <br> ECF Cases |

JOINT STATUS REPORT PURSUANT TO MAY 6, 2010 ORDER

November 27, 2013

BY ECF

The Honorable Jed S. Rakoff
United States Courthouse
Southern District of New York
500 Pearl Street, Room 1340
New York, NY 10007

   Re: SEC v. Bank of America Corp., Nos. 09-cv-6829, 10-cv-0215

Dear Judge Rakoff:

  Per the Court's May 6, 2010 order, the SEC and Bank of America Corporation respectfully submit this report on the Fair Fund distribution.[1]

  The distribution of proceeds to claimants was completed last month. In total, over 400,000 claimants received roughly $140 million. The Distribution Agent and Tax Administrator are now calculating any remaining tax liabilities and preparing the final accounting for the fund. Once this is completed, the SEC will seek authorization from the Court to pay the last bill of the Tax Administrator. After this bill is paid, the Distribution Agent will remit the remaining Fair Fund balance of around $1 million[2] to the United States Treasury and close the Fair Fund account.

              Respectfully submitted,

_Shawn Chen_             _Signature_

Lewis J. Liman           Joseph O. Boryshansky
Shawn J. Chen           Wendy B. Tepperman
Cleary Gottlieb Steen & Hamilton LLP   Securities & Exchange Commission
One Liberty Plaza         Three World Financial Center
New York, NY 10006        New York, NY 10281

---

[1] Capitalized terms have the meanings given to them in the Plan of Distribution.

[2] This balance is slightly higher than the balance provided in the last status report because the prior figure excluded funds reserved for anticipated fees and expenses that have not actually been incurred.